IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PERRY NYE,<br><br>          Plaintiff<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA D/B/A CIGNA,<br><br>          Defendant | Case No. 1:17-cv-00285-GZS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Perry Nye and Defendant Life Insurance Company of North America ("LINA"), hereby stipulate that plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear his/its own costs and expenses of litigation.

DATED:  December 18, 2017

By: /s/ J. Jason Heinze
J. Jason Heinze
Mariah Holder
Holder Disability Lawyers, LLC
22 Monument Square
Suite 402
Portland, Maine 04101

*Attorneys for Plaintiff*

By: /s/ Sara A. Murphy
Sara A. Murphy
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1100
smurphy@pierceatwood.com

*Attorneys For Defendant*

2

CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2017, I electronically filed a Stipulation of Dismissal using the CM/ECF system which will send notification of such filing(s) to the following:

J. Jason Heinze
Mariah Holder
Holder Disability Lawyers, LLC
22 Monument Square
Suite 402
Portland, Maine 04101

                                  /s/  Sara A. Murphy
                                  Sara A. Murphy